Entered on Docket
November 18, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: November 17, 2009



_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

```
 1  STEVEN W. PITE (CA SBN 157537)
    DAVID E. McALLISTER (CA SBN 185831)
 2  JOHN B. ACIERNO III (CA SBN 257176)
    PITE DUNCAN, LLP
 3  4375 Jutland Drive, Suite 200
    P.O. Box 17933
 4  San Diego, CA 92177
    Telephone: (858)750-7600
 5  Facsimile: (619) 590-1385
```

Attorneys for WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR4

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JEAN-PIERRE SIMON,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | Case No. 09-44391-EDJ<br><br>Chapter 7<br><br>R.S. No. JBA-530<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:   September 18, 2009<br>TIME:   10:00 AM<br>CTRM:  215<br><br>Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

The above-captioned matter came on for hearing on September 18, 2009, at 10:00 AM, in Courtroom 215, upon the Motion of Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR4 Mortgage Pass-Through Certificates, Series 2007-AR4 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Jean-Pierre Simon ("Debtor") commonly known as 593 Tyner Way, Incline Village, Nevada 89451

- 1 -

(the "Real Property"), which is legally described as follows:

> Lot 58, in Block E, of INCLINE VILLAGE UNIT NO. 4, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on November 6, 1969.
>
> APN: 125-512-04

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust as to the Trustee only because Debtor has received Chapter 13 discharge;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

7. Debtor may contact George Spencer of EMC Mortgage Corporation at (214) 626-3800 to discuss a potential loan modification; and

8. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

# **COURT SERVICE LIST**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

Jean-Pierre Simon
74 Exeter Lane
Pleasant Hill, CA 94523

Daniel S. Vaughan
Law Offices of Daniel S. Vaughan
1485 Enea Ct. #1330
Concord, CA 94520

Paul Mansdorf
1563 Solano Ave. #703
Berkeley, CA 94707